UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                                            ORDER

                                                             10-CR-6103L

                      v.

MERRICK HENRY,

                      Defendant.
_____

      On September 21, 2011, the Court granted permission for the defendant to travel to Jamaica from November 12 to November 16, 2011 (Dkt. #44). The Court has been informed that defendant surrendered his passport pursuant to the Order Setting Conditions of Release (Dkt. #25) entered on January 26, 2010.

      The Court hereby modifies the Conditions of Release and directs the Clerk for the Western District of New York to release defendant's passport and send it to defendant's Pretrial Services Officer, Bianca C. Carter, at United States Pretrial Services Office, Emanuel Celler Federal Building 225 Cadman Plaza East, Room 244, Brooklyn, NY 11201-1818. Upon defendant's return from his trip to Jamaica, he is to surrender said passport to his Pretrial Services Officer.

      IT IS SO ORDERED.

                                                _____
                                                   DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
        October 26, 2011.